# Exhibit A

**DEFENDANT GRACO CHILDREN'S PRODUCTS INC.'S**
**PROPOSED NOTICE OF NON-PARTY AT FAULT**

Defendant Graco Children's Products Inc. ("Graco") respectfully submits its proposed notice of non-party at fault and states the following:

1. Pursuant to MCR 2.112(K), MCL 600.2957, and MCL 600.6304, Graco places Plaintiffs on notice of the potential fault of the following non-party:

- Andrew Thibodeau
  45635 Fox Lane East, Apt. 104
  Shelby Township, Michigan 48317

2. Andrew Thibodeau is at fault in this case because he appears to have crossed into the oncoming lane of traffic in which Mrs. Jermano was operating her vehicle. Mr. Thibodeau may have been under the influence of a prescription controlled substance, Darvocet, or non-prescription controlled substance, marijuana, at the time of the subject accident. Additionally, Mr. Thibodeau may have been speeding at the time of the accident and may have ignored a traffic light.

Respectfully submitted,

By:  /s/ Heidi K. Oertle

SCHIFF HARDIN LLP
Joseph J. Krasovec (6201456)
Heidi K. Oertle (6275632)
233 South Wacker Drive
Suite 6600
Chicago, IL 60606
312-258-5500 (Phone)

312-258-5600 (Fax)
jkrasovec@schiffhardin.com (E-mail)
hoertle@schiffhardin.com (E-mail)

SCHIFF HARDIN LLP
Gregory L. Curtner (P12414)
Jessica A. Sprovtsoff (P70218)
350 S. Main Street
Suite 210
Ann Arbor, MI 48104
734-222-1518 (Phone)
734-222-1501 (Fax)
gcurtner@schiffhardin.com (E-mail)
jsprovtsoff@schiffhardin.com (E-mail)

ATTORNEYS FOR DEFENDANT
GRACO CHILDREN'S PRODUCTS INC.

10808-1496
CH2\15431455.1