# Exhibit C

```
 1                    UNITED STATES DISTRICT COURT

 2                    EASTERN DISTRICT OF MICHIGAN

 3                         SOUTHERN DIVISION

 4

 5  JOSEPH JERMANO and DORY ANN

 6  JERMANO, as parents and natural

 7  guardian of MIA JERMANO, et al,

 8       Plaintiffs,

 9

10       -vs-                        Case No. 13-CV-10610

11

12  GRACO CHILDREN'S PRODUCTS, INC.,

13       Defendant.

14  _____/

15

16

17       DEPONENT:  ANDREW THIBODEAU

18       DATE:      Thursday, August 21, 2014

19       TIME:      3:17 p.m.

20       LOCATION:  COMFORT INN

21                  6500 East Albain Road

22                  Monroe Charter Township, Michigan

23       REPORTER:  Karen Fortna, CRR/RMR/RPR/CSR-5067

24       JOB NO:    216697-D

25
```

ANDREW THIBODEAU - 08/21/2014

```
 1   APPEARANCES:

 2

 3        THOMAS, GARVEY & GARVEY

 4        By:  Mr. Andrew J. Miller

 5        24825 Little Mack Avenue

 6        St. Clair Shores, Michigan  48080

 7        586.779.7810

 8             Appearing on behalf of the Plaintiffs

 9

10        SCHIFF HARDIN

11        By:  Mr. Davin M. Reust

12        233 South Wacker, Suite 6600

13        Chicago, Illinois  60606

14        312.258.5500

15             Appearing on behalf of the Defendant

16

17

18

19

20

21

22

23

24

25
```

ANDREW THIBODEAU - 08/21/2014

Page 3

1                          I N D E X

2

3   W I T N E S S

4

5        ANDREW THIBODEAU                              PAGE

6

7   Examination by Mr. Reust                            6

8   Examination by Mr. Miller                          25

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ANDREW THIBODEAU - 08/21/2014

Page 4

1                    E X H I B I T S

2

3  EXHIBIT              DESCRIPTION              PAGE

4

5  None offered.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ANDREW THIBODEAU - 08/21/2014

```
 1            them coming and waking you up?
 2   A.   Not that I remember.
 3   Q.   When was the last time that you had taken the
 4        Darvocet before you were woken up that day?
 5   A.   Probably the night before.  I don't remember.  Just
 6        guessing.
 7   Q.   Did you have any -- did it generally create any
 8        complications for you?
 9   A.   No.
10   Q.   Did it make you groggy or drowsy?
11   A.   I mean, it does what Darvocet does.
12   Q.   Okay.  Had you drank anything alcoholic that day?
13   A.   No.
14   Q.   Had you taken any non-prescription narcotics or
15        medication?
16   A.   No.
17   Q.   So what is your recollection, what were you asked
18        by your sister or whoever else came in your room?
19   A.   I think it was their ride fell through and they
20        were looking to get back before their curfew or
21        whenever they had to be home.  And I didn't even
22        want to drive them, I was like hemming and hawing
23        about it, but they insisted, so I just gave them a
24        ride.
25   Q.   And where was it that they wanted a ride to?
```