# Exhibit D

```
 1                    UNITED STATES DISTRICT COURT
 2                    EASTERN DISTRICT OF MICHIGAN
 3                           SOUTHERN DIVISION
 4
 5    JOSEPH JERMANO and DORY ANN
 6    JERMANO, as parents and natural
 7    guardian of MIA JERMANO, et al,
 8        Plaintiffs,
 9
10        -vs-                              Case No. 13-CV-10610
11
12    GRACO CHILDREN'S PRODUCTS, INC.,
13        Defendant.
14    _____/
15
16
17        DEPONENT:    HEATHER THIBODEAU
18        DATE:        Thursday, August 21, 2014
19        TIME:        9:59 a.m.
20        LOCATION:    COMFORT INN
21                     6500 East Albain Road
22                     Monroe Charter Township, Michigan
23        REPORTER:    Karen Fortna, CRR/RMR/RPR/CSR-5067
24        JOB NO:      216697-A
25
```

HEATHER THIBODEAU - 08/21/2014

Page 2

1  APPEARANCES:

2

3      THOMAS, GARVEY & GARVEY

4      By: Mr. Andrew J. Miller

5      24825 Little Mack Avenue

6      St. Clair Shores, Michigan  48080

7      586.779.7810

8          Appearing on behalf of the Plaintiffs

9

10     SCHIFF HARDIN

11     By: Mr. Davin M. Reust

12     233 South Wacker, Suite 6600

13     Chicago, Illinois  60606

14     312.258.5500

15         Appearing on behalf of the Defendant

16

17

18

19

20

21

22

23

24

25

Page 3

1                           I N D E X

2

3  W I T N E S S

4

5      HEATHER THIBODEAU                                  PAGE

6

7  Examination by Mr. Reust                                  6

8  Examination by Mr. Miller                                29

9  Further examination by Mr. Reust                         31

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

HEATHER THIBODEAU - 08/21/2014

Page 4

1 E X H I B I T S

2

3 EXHIBIT            DESCRIPTION                    PAGE

4

5 None offered.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 27

1  A.  I mean, no, I do not -- I mean, my brother was by
2      himself while I was at school.  I do not believe he
3      drank alcohol because he doesn't really drink
4      alcohol too often, but I couldn't -- I couldn't
5      vouch for that, I wasn't there.
6  Q.  Okay.  I appreciate that.  Do you know if anyone in
7      your vehicle was on any kind of controlled
8      substance?
9  A.  Not -- I believe that nobody was on anything at the
10     time.  I know my brother smoked -- at the time was
11     smoking marijuana; I don't know if he was smoking
12     it like before we drove.  I know he wasn't smoking
13     it while we were driving, but like I said, I can't
14     tell you what he did earlier in the day.
15 Q.  Why do you say you believe he may have smoked
16     marijuana earlier that day?
17 A.  Because he smoked a lot.
18 Q.  Okay.  When you say "a lot," what do you mean?
19 A.  I mean, he probably smoked on a daily basis.  I
20     mean, like I said, I was in high school, I wasn't
21     there in the morning.  If I was there, usually he
22     was sleeping or drawing.
23 Q.  When you got to your home or when you asked your
24     brother to give you a ride, did he smell like he
25     had been smoking marijuana?