# Exhibit E

```
 1                    UNITED STATES DISTRICT COURT
 2                    EASTERN DISTRICT OF MICHIGAN
 3                          SOUTHERN DIVISION
 4
 5    JOSEPH JERMANO and DORY ANN
 6    JERMANO, as parents and natural
 7    guardian of MIA JERMANO, et al,
 8        Plaintiffs,
 9
10        -vs-                            Case No. 13-CV-10610
11
12    GRACO CHILDREN'S PRODUCTS, INC.,
13        Defendant.
14    _____/
15
16
17        DEPONENT:   AMANDA WATTS
18        DATE:       Thursday, August 21, 2014
19        TIME:       11:01 a.m.
20        LOCATION:   COMFORT INN
21                    6500 East Albain Road
22                    Monroe Charter Township, Michigan
23        REPORTER:   Karen Fortna, CRR/RMR/RPR/CSR-5067
24        JOB NO:     216697-B
25
```

AMANDA WATTS - 08/21/2014

Page 2

1  APPEARANCES:
2
3       THOMAS, GARVEY & GARVEY
4       By:  Mr. Andrew J. Miller
5       24825 Little Mack Avenue
6       St. Clair Shores, Michigan  48080
7       586.779.7810
8            Appearing on behalf of the Plaintiffs
9
10      SCHIFF HARDIN
11      By:  Mr. Davin M. Reust
12      233 South Wacker, Suite 6600
13      Chicago, Illinois  60606
14      312.258.5500
15           Appearing on behalf of the Defendant
16
17
18
19
20
21
22
23
24
25

AMANDA WATTS - 08/21/2014

Page 3

1          I N D E X

2

3  W I T N E S S

4

5     AMANDA WATTS                                    PAGE

6

7  Examination by Mr. Reust                              5

8  Examination by Mr. Miller                            28

9  Further examination by Mr. Reust                     30

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

AMANDA WATTS - 08/21/2014

Page 4

| | | |
|---|---|---|
| 1 | E X H I B I T S | |
| 2 | | |
| 3 | EXHIBIT    DESCRIPTION | PAGE |
| 4 | | |
| 5 | None offered. | |

Page 15

 1  A.    Yes, I believe so.  I'm horrible with --
 2  Q.    That's okay.
 3              Had you been on Telegraph?
 4  A.    Yeah, but then right when we got to the split right
 5        there, Monroe Street.
 6  Q.    Do you recall what the traffic was like at that
 7        intersection?
 8  A.    I don't remember.
 9  Q.    Okay.  Do you recall how fast you were going?
10  A.    Nope.  Now I pay attention to how people are
11        driving.
12  Q.    Do you believe Andrew was driving the speed limit,
13        faster, slower?
14  A.    Faster.
15  Q.    Do you have any idea as to how much faster?
16  A.    Probably about 75, 80.
17  Q.    Why do you think that he was going faster?
18  A.    Just because of the impact, I mean, you know, how
19        fast it happened.  It was, you know, outrageous.
20  Q.    Okay.  So can you -- well, strike that.
21              Leading up to -- when you were in the car
22        for those 15 to 20 minutes approximately, do you
23        recall any conversations that anybody was having in
24        the car?
25  A.    Yeah, we were just talking about life.

AMANDA WATTS - 08/21/2014

Page 16

1  Q.  **Can you walk me through and just describe generally**
2      **what happened from the time that you left Nick**
3      **Grassel's house until the accident occurred?**
4  A.  Like from when we left to when the accident
5      happened, like you want to know how the accident
6      and everything happened?
7  Q.  **Yeah.**
8  A.  Okay. Well, we were driving down Telegraph. I
9      don't know if he just blew the yellow light or if
10     there was a yellow light, whatever happened. Well,
11     coming around that corner, he clipped the back of
12     the 2007 Charger, which had spun us around -- and
13     I'm awake for the whole entire thing.
14             On my right-hand side, as I'm spinning, is
15     a ditch, and it crossed my mind of me pulling the
16     wheel and going to the ditch and just me getting
17     hurt -- because my little sister was in the back
18     seat -- or just let it happen. And by the time I
19     just had made the decision, I seen headlights
20     coming towards me. And then after that, I don't
21     remember.
22 Q.  **Okay. So I'm going to break it down just a little**
23     **bit, too.**
24             **Did you see the Charger before the impact?**
25 A.  No.