# Exhibit B

# STATE OF MICHIGAN TRAFFIC CRASH REPORT

Authority: 1949 PA 300, Sec. 257.622
Compliance: Required   MSP UD-10
Penalty: $100 and/or 90 days   (Rev 1/04)

Page 1 of 2
Incident # 31883
File Class 9300-1
Incident Disposition: Closed
Reviewer: BA

ORI: MI-58 15800
Department Name: Monroe Co. Sheriff

**Crash Date:** Month 10 Day 22 Year 08
**Crash Time (Military):** 1920
**No. of Units:** 03
**County:** 58
**City/Twp:** 07

**Traffic Control:** None of These
**Relation to Roadway (Location of First Impact):** On Road
**Crash Type:** Head On
**Special Circumstances:** None
**Weather:** Cloudy
**Light:** Dark-Unlighted
**Road Condition:** Dry
**Area:** 10
**Total Lanes:** 4
**Speed Limit:** 50   Posted: Yes

**Road Name:** N MONROE   Road Type: ST
**Distance:** 130 FT South
**Intersecting Road:** STUMPMIER   Road Type: RD

**Unit Number:** 1
**State:** MI
**Driver License Number:** H530454367909
**Date of Birth:** MM 28 Y 987 (Month 02 Day 28 Year 1987)
**License Type:** O
**Sex:** M
**Total Occup:** 01
**Hazard Action:** 00

**Unit Type:** MV
**Name:** Justin James Hammett
**Street Address:** 25942 Winding Creek Dr.
**City:** New Boston **State:** MI **Zip:** 48164
**Phone Number:** (310) 266-8743
**Injury:** O
**Position:** 01
**Restraint:** 04
**Hospital:** None
**Ambulance:** None

**Driver Condition:** 1
**Interlock:** No
**Alcohol:** No
**Drugs:** No

**Vehicle Registration:** CEB6463   **State:** MI
**Insurance:** Progressive #66383849-0
**Towed To/By:** Jerry's/Jerry's
**VIN:** 2B3KA43R07H708280
**Make:** Dodge   **Model:** Charger   **Year:** 2007

**Location of Greatest Damage:** 06
**First Impact:** 06
**Extent of Damage:** 5
**Driveable:** No
**Vehicle Type:** PA
**Vehicle Direction:** North

UD-10 SERIAL NUMBER: 0192102

# STATE OF MICHIGAN TRAFFIC CRASH REPORT

Authority: 1949 PA 300, Sec. 257.622
Compliance: Required    MSP UD-10
Penalty: $100 and/or 90 days (Rev 1/04)

Page 2 of 2
Incident # 3 1 8 8 3
File Class 9300-1-
Incident Disposition: ● Closed
Reviewer: BL

ORI: MI-5815800
Department Name: Monroe Co. Sheriff

Crash Date: Month 08 Day 26 Year 08
Crash Time Military: 1920
No. of Units: 03

Crash Type: ● Head On

County: 58
City/Twp: 07

Traffic Control: ● None of These

Relation to Roadway (Location of First Impact): ● On Road

Weather: ● Cloudy
Light: ● Dark-Unlighted
Road Condition: ● Dry

**Road Name:** N MONROE ST
**Distance:** 130 FT ● South
**Intersecting Road:** STUMPMIER RD

Trafficway: ● 2
Access Control: ● 2

## Unit 2

Unit Type: ● MV

First Name: HEATHER
Middle: ELYSE
Last: THIBODEAU
Injury: ● A
Airbag Deployed: ● Not Equipped

Date of Birth: 02/8/1993
Sex: ● F
Position: 04
Restraint: 09
Hospital: Oakwood
Street Address: 4848 S. Huron River Dr.
Ambulance: MCA
City: Flat Rock
State: MI
Zip: 48134
Phone Number: 734-735-1547

UD-10 SERIAL NUMBER: 0192103

# BACK

## NCS

**Unit Number:** 2
**State:** MI
**Driver License Number:** T130677922 47
**Date of Birth:** 03 28 Y 985
**License Type:** O
**Sex:** M
**Total Occup:** 04
**Hazard Action:** 06

**Unit Type:** MV
**Name:** Andrew Thomas Thibodeau
**Street Address:** 4848 S. Huron River Dr.
**City:** Flat Rock  **State:** MI  **Zip:** 48134  **Phone Number:** (734) 735-1587

**Driver Condition:** 1
**Interlock:** No
**Alcohol:** No
**Drugs:** No

**Injury:** K — 01
**Position:** 01
**Restraint:** 04
**Hospital:** Toledo
**Ambulance:** MCA
**Ejected:** No
**Trapped:** No
**Airbag Deployed:** No

**Vehicle Registration:** BWZ 6105
**State:** MI
**Insurance:** State Farm # 2966132-A01-22
**Towed To/By:** Jerry's / Jerry's

**VIN:** 1LNLM91V4SY621869
**Vehicle Description:** Lincoln Mark 8 Plum 1995
**Make:** Lincoln  **Model:** Mark 8  **Color:** Plum  **Year:** 1995

**Location of Greatest Damage:** 1
**First Impact:** 01
**Extent of Damage:** 7
**Driveable:** No
**Vehicle Type:** PA
**Vehicle Direction:** South
**Special Vehicles:** (5)
**Vehicle Use:** 1

### Passenger 1
**First Name:** AMANDA
**Middle:** LYNN
**Last:** WATTS
**Date of Birth:** 06 30 Y 993
**Sex:** F
**Position:** 03
**Restraint:** 04
**Hospital:** St V's
**Ambulance:** MCA
**Injury:** A
**Airbag Deployed:** No — Not Equipped
**Street Address:** 724 Michigan
**City:** Monroe  **State:** MI  **Zip:** 48161  **Phone Number:** 734-819-2163

### Passenger 2
**First Name:** FELICIA
**Middle:** ANN
**Last:** SCHEFFLER
**Date of Birth:** 02 04 Y 996
**Sex:** F
**Position:** 06
**Restraint:** 09
**Hospital:** Toledo
**Ambulance:** MCA
**Injury:** A
**Airbag Deployed:** Not Equipped
**Street Address:** 724 Michigan
**City:** Monroe  **State:** MI  **Zip:** 48161  **Phone Number:** 734-819-2163

---

**Unit Reported on Front** — Action Prior: 01, Sequence of Events: 1, 7
**Unit Reported Above** — Action Prior: 01, Sequence of Events: 02, 17, 17
Most Harmful: (M)

**Crash Diagram and Remarks:** Stumpmier Rd. (North)

**UD-10 SERIAL NUMBER:** 0192102
**Investigated at Scene**
**Reported Date/Time:** 10/26/10 1945 Hrs.
**Investigator Name(s) & Badge #:** Dep. Jagotka #79

Forward Original To: Michigan State Police, Traffic Crash Reporting Section, 7150 Harris Drive, Lansing, MI 48913. Do Not Write or Mark On This Side of The Line.

# BACK

## Driver

- Unit Number: 3
- State: MI
- Driver License Number: J655 1490 6787 1
- Date of Birth: M 03 Y 977
- License Type: O
- Sex: F
- Total Occup: 03
- Hazard Action: 00

**NCS**

- Unit Type: MV
- Name: Dory Ann Jermano
- Street Address: 12201 Spenser Ln.
- City: Carleton
- State: MI
- Zip: 48117
- Phone Number: (734) 755-6763
- Driver Condition: 1
- Interlock: No
- Alcohol: No
- Drugs: No
- Injury: O
- Position: 01
- Restraint: 04
- Hospital: St. V's
- Ambulance: MCA
- Ejected: No
- Trapped: No
- Airbag Deployed: Yes
- Citation Issued: C
- Hazardous: No
- Vehicle Registration: BLS9350
- State: MI
- Insurance: AAA #9-2037243-08-001
- Towed To/By: Jerry's / Jerry's
- VIN: 2LMDJ6JC9ABJ29090
- Vehicle Description / Make: Lincoln
- Model: MKX
- Color: Silver
- Year: 2010
- Location of Greatest Damage: 8
- First Impact: 01
- Extent of Damage: 7
- Driveable: No
- Vehicle Type: ST
- Vehicle Direction: North

## Passengers

**Passenger 1:**
- First Name: DOROTHY
- Middle: JANE
- Last: BERGE
- Date of Birth: M 02 Y 943
- Sex: F
- Position: 03
- Restraint: 04
- Hospital: Oakwood
- Ambulance: MCA
- Street Address: 11952 Sweitzer
- City: Carleton
- State: MI
- Zip: 48117
- Phone Number: 734-654-8412
- Injury: B
- Airbag Deployed: Yes

**Passenger 2:**
- Date of Birth: M 02 92 006
- Sex: M
- Position: 06
- Restraint: 06
- Hospital: St. V's
- Ambulance: MCA
- Street Address: 12201 Spenser Ln.
- City: Carleton
- State: MI
- Zip: 48117
- Phone Number: 734-755-6763
- Injury: A

## Crash Diagram and Remarks

Unit #1+3 were N/B on N. Monroe St. Unit #2 was S/B on Monroe St. Unit #2 Crossed the center line and struck the rear driver side tire of Unit #1. Unit #2 continued across the center line and struck Unit #3 Head on. All occupants of Unit #2+3 were transported to the hospital for treatment.

- UD-10 SERIAL NUMBER: 0192103
- Reported Date/Time: 10/26/10 1945 HRS
- Investigator Name/Badge #: Dep. Jagotka #79

| Monroe County Sheriff's Office | Incident Number | 31883-10 |
|---|---|---|
| 100 E. Second St, Monroe, MI 48161 (734) 240-7400 | | Page 1 of 2 |

********SUPPLEMENT REPORT**********

Serious Injury Traffic Crash Investigation

Date: 10/27/10
Time: 7:46 PM
Venue: N Monroe St near Stumpmier Rd-Frenchtown Twp.

INFORMATION:
On 10/26/10 at approximately 7:46 PM R/O (Reporting Officer) was requested by Sgt. Kemp regarding assistance at the scene of a traffic crash on N. Monroe St. near Stumpmier Rd. R/O responded from Maxwell Rd in Carleton, Mi. and arrived on scene at approximately 7:55 PM.

SCENE:
R/O arrived on scene from S/B N Monroe St and observed the crash site to be primarily within the right lane of N. Monroe St, just south of Stumpmier Rd. Upon arrival Deputy Jagkota and Deputy Modica were gathering information. Medical personnel were already on scene and all but one victims had been removed and transported to the hospital for treatment.
R/O observed a maroon Lincoln near the driveway of the Frenchtown Fire Department (6940 N Monroe St). The vehicle had extensive front and right side damage. The vehicle was facing east and appeared to have come to an uncontrolled stop on the east shoulder of N. Monroe St.
Just south of this vehicle, in the left lane of N/B N. Monroe St, was a silver Lincoln SUV. This vehicle displayed contact damage to the entire front end and was facing southeast.
To the north of the listed vehicles, R/O observed a light blue in color Dodge vehicle. This vehicle had contact damage to the left side, primarily from the driver's door towards the rear tire area. The vehicle was facing south in the left lane of southbound N. Monroe St. To the south of this vehicle R/O observed tire marks in a criss cross pattern leading from the left lane of N/B N. Monroe St into the left lane of southbound N. Monroe St.
R/O learned that the listed maroon Lincoln was S/B on N. Monroe St and traveled left of the centerline and into the N/B traffic lanes. The maroon Lincoln then struck the left side of the light blue Dodge causing it to spin out of control and into the S/B lanes. After impact with the Dodge, the maroon Lincoln then struck the silver Lincoln SUV head on in the left lane of N/B N. Monroe St.
The roadway surface was dry upon R/O's arrival. The sky was clear.

PHOTOGRAPHS:
R/O used a department issued Cannon digital camera to take photographs of the crash scene and vehicles involved. Photographs attached to this report.

*Deputy Daniel Zdybek*

| Monroe County Sheriff's Office | Incident Number |
|---|---|
| 100 E. Second St, Monroe, MI 48161<br>(734) 240-7400 | 31883-10<br>Page 2 of 2 |

**OFFICER ACTIONS:**
R/O was informed by Monroe Community Ambulance paramedic's that none of the victims had life threatening injuries.
Using orange spray paint, R/O marked the location of each vehicle and the point of impact.

**VEHICLE DISPOSITION:**
The listed vehicles were removed from the scene and taken to Jerry's Towing Shop, by Jerry's Towing.

**DRIVER INTERVIEW/STATEMENTS:**
Obtained by Deputy Jagotka.

**SUMMARY:**
Investigation turned over to Deputy Jagotka

*Deputy Daniel Zdybek*