UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH JERMANO, et al.,

    Plaintiffs,                Case No. 13-cv-10610
                                    Hon. Matthew F. Leitman

v.

GRACO CHILDREN'S PRODUCTS,

    Defendant.

---

### AGREED STIPULATION TO EXTEND THE EXPERT DISCOVERY DEADLINE TO FEBRUARY 28, 2015

NOW COME the parties jointly, by and through their counsel, and file this Agreed Stipulation to Extend the Expert Discovery Deadline to February 28, 2015:

1. Under the current scheduling order (Dkt. # 24), the expert discovery cutoff is January 16, 2015.

2. The parties have been undergoing expert discovery in this case but need additional time to complete expert discovery.

3. Extending the expert discovery cutoff to February 28, 2015 would allow the parties adequate time to complete expert discovery. This request will not affect the motion cutoff, final pretrial conference, or trial date.

WHEREFORE, the parties jointly request an extension of the expert discovery cutoff to February 28, 2015.

Dated: January 20, 2015

| Plaintiffs, | Defendant, |
|---|---|
| By:  /s/ R. Douglas Gentile | By:  /s/ Heidi K. Oertle |
| DOUHIT, FRETS, ROUSE, GENTILE & RHODES, LLC<br>Raymond D. Gentile<br>5250 W. 116th Place, Suite 400<br>Leawood, KS 66211<br>913-387-1600<br>dgentile@dfglaw.com | SCHIFF HARDIN LLP<br>Joseph J. Krasovec (6201456)<br>Heidi K. Oertle (6275632)<br>233 South Wacker Drive<br>Suite 6600<br>Chicago, IL 60606<br>312-258-5500 (Phone)<br>312-258-5600 (Fax)<br>jkrasovec@schiffhardin.com (E-mail)<br>hoertle@schiffhardin.com (E-mail) |
| THOMAS, GARVEY & GARVEY<br>Robert F. Garvey (P24897)<br>24825 Little Mack Avenue<br>St. Clair Shores, MI 48080<br>586-779-7810<br>bobgarvey@me.com | SCHIFF HARDIN LLP<br>Gregory L. Curtner (P12414)<br>Jessica A. Sprovtsoff (P70218)<br>350 S. Main Street<br>Suite 210<br>Ann Arbor, MI 48104<br>734-222-1518 (Phone)<br>734-222-1501 (Fax)<br>gcurtner@schiffhardin.com (E-mail)<br>jsprovtsoff@schiffhardin.com (E-mail) |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH JERMANO, et al.,

       Plaintiffs,               Case No. 13-cv-10610
                                             Hon. Matthew F. Leitman

v.

GRACO CHILDREN'S PRODUCTS,

       Defendant.

_____

**ORDER GRANTING AGREED STIPULATION TO EXTEND EXPERT DISCOVERY DEADLINE TO FEBRUARY 28, 2015**

The Court having received and reviewed the parties Agreed Stipulation to Extend the Expert Discovery Deadline to February 28, 2015, **IT IS HEREBY ORDERED THAT** the expert discovery deadline in this case is extended up to and including February 28, 2015.

                                                                s/Matthew F. Leitman
                                                                MATTHEW F. LEITMAN
                                                                UNITED STATES DISTRICT JUDGE

Dated:  January 20, 2015