# EXHIBIT B
# RUSSELL DUNN'S
# ERRATA SHEET

RUSSELL DUNN, PH.D. - 01/19/2015

Page 187

E R R A T A   P A G E

I, Russell Dunn, Ph.D., having read the foregoing deposition, Pages 1 through 186, do hereby certify said testimony is a true and accurate transcript, with the following changes (if any):

| PAGE | LINE | SHOULD HAVE BEEN |
|---|---|---|
| 101 | 25 | "front" should be "back" |
| 101 | 25 | Remove the entire sentences from "So that would ... 0.096 inches" on page 102, line 6. |
| 102 | 11 | Remove "I think ... to the back." |
| 103 | 6 | Replace "0.096 inches" with "something less because of the draft angle". |
| 103 | 21 | Remove "either 0.096 or" |
| 105 | 10 | Add "However, Mr. Brunick did not intend for any part of the hook to be less than 0.1 inches thick." |

_[signature]_
RUSSELL DUNN, Ph.D.

_[signature]_
Notary Public
My Commission Expires: 3/6/2018

[Notary Seal: TANA K. HOFFMAN, STATE OF TENNESSEE, NOTARY PUBLIC, WILLIAMSON COUNTY]

RUSSELL DUNN, PH.D. - 01/19/2015

Page 187

```
 1                E R R A T A   P A G E
 2
 3        I, Russell Dunn, Ph.D., having read the
 4   foregoing deposition, Pages 1 through 186, do hereby
 5   certify said testimony is a true and accurate
 6   transcript, with the following changes (if any):
 7
 8   PAGE    LINE     SHOULD HAVE BEEN
 9   105     17       Add after "tolerance" ", if your
10                    basis is the CAD file. 0.095 inches
11                    is the low end of the thickness
12                    if you use Mr. Brunick's intended
13                    design thickness of 0.10 inches."
14   106     1        Change to " Yes, if your basis
15                    is the CAD file and not the
16                    intended design thickness."
17   106     25       to be at", if the CAD file
18                    is your basis. Again, this is not
19                    the intended thickness of 0.10 inches
20                    as stated by Mr. Brunick."
21
22                              [signature]
23                              RUSSELL DUNN, Ph.D.
24   [signature]
     Notary Public
25   My Commission Expires: 3/6/2018
```

[Notary seal: TANA K. HOFFMAN, STATE OF TENNESSEE NOTARY PUBLIC, WILLIAMSON COUNTY]

Litigation Services - 800-330-1112

2/6

RUSSELL DUNN, PH.D. - 01/19/2015

Page 187

```
 1                    E R R A T A   P A G E
 2
 3      I, Russell Dunn, Ph.D., having read the
 4   foregoing deposition, Pages 1 through 186, do hereby
 5   certify said testimony is a true and accurate
 6   transcript, with the following changes (if any):
 7
 8   PAGE    LINE    SHOULD HAVE BEEN
 9   128     17      Remove "I don't know that that's
10                   what they are talking about"
11   128     19      Add "This issue was discussed
12                   in Graco's Safety Review Meeting
13                   on 12/19/05. Michael Langmaid in
14                   his deposition on 11/13/14 clearly
15                   indicated that, on the CAPA,
16                   severity means injury potential."
17   133     14      Replace "I can't answer that. I don't
18                   know" with "adding more plastic
19                   would increase the likelihood that
20                   the belt stays in the belt guide
21                   for a longer time period."
22   133     22      After "yes" add "and 2D drawing and Brunick testimony".
23                              RUSSELL DUNN, Ph.D.
24   _____
     Notary Public
25   My Commission Expires: 3/6/2018
```

[Notary seal: TANA K. HOFFMAN, STATE OF TENNESSEE NOTARY PUBLIC, WILLIAMSON COUNTY]

Litigation Services - 800-330-1112

3/6

RUSSELL DUNN, PH.D. - 01/19/2015

Page 187

```
 1            E R R A T A   P A G E

 2

 3       I, Russell Dunn, Ph.D., having read the

 4  foregoing deposition, Pages 1 through 186, do hereby

 5  certify said testimony is a true and accurate

 6  transcript, with the following changes (if any):

 7

 8  PAGE    LINE    SHOULD HAVE BEEN
 9  139     20      "is" should be "if"
10  145     24      remove "while"
11  148     20      "component" should be "product"
12  151      8      should be "Well, that's what I teach"
13  159     23      Add "degradation" after UV
14  162     21      Add after "item." "The belt
15                  guide is intended to keep
16                  the shoulder belt in a
17                  proper position during a
18                  crash event."
19  164      6      Add "?" after "pre-crash"
20
21
22                       [signature]
23                  RUSSELL DUNN, Ph.D.
24  [signature]
    Notary Public                    [Notary seal:
25  My Commission Expires: 3/6/2018   TANA K. HOFFMAN
                                      STATE OF TENNESSEE
                                      NOTARY PUBLIC
                                      WILLIAMSON COUNTY]
```

Litigation Services - 800-330-1112

4/6

RUSSELL DUNN, PH.D. - 01/19/2015

Page 187

```
 1                    E R R A T A   P A G E

 2

 3        I, Russell Dunn, Ph.D., having read the

 4   foregoing deposition, Pages 1 through 186, do hereby

 5   certify said testimony is a true and accurate

 6   transcript, with the following changes (if any):

 7

 8   PAGE    LINE    SHOULD HAVE BEEN
 9   173     20      Add "Also, Michael Langmaid in
10                   his deposition on 11/13/14
11                   indicated that the severity rating
12                   on the CAPA refers to injury
13                   potential."
14   174     15      Remove "almost"
15   176     12      Remove "Well, I'm sorry."
16   176     13      After "background." add "Langmaid
17                   stated in his deposition that
18                   it was not the design intent
19                   of the shoulder belt to come
20                   out during a crash. Gerhart
21
22                          [signature]
23                          RUSSELL DUNN, Ph.D.
24   [signature]
     Notary Public
25   My Commission Expires: 3/6/2018
```

[Notary Seal: TANA K. HOFFMAN, STATE OF TENNESSEE NOTARY PUBLIC, WILLIAMSON COUNTY]

Litigation Services - 800-330-1112

5/6

RUSSELL DUNN, PH.D. - 01/19/2015

Page 187

```
 1              E R R A T A   P A G E

 2

 3      I, Russell Dunn, Ph.D., having read the

 4  foregoing deposition, Pages 1 through 186, do hereby

 5  certify said testimony is a true and accurate

 6  transcript, with the following changes (if any):

 7

 8  PAGE   LINE     SHOULD HAVE BEEN
```

| PAGE | LINE | SHOULD HAVE BEEN |
|---|---|---|
| | | in his deposition stated that the design intent of the guide is to keep the belt in position in a crash; it should be there throughout the crash." |
| 175 | 8 | Add after "not" ";however, Langmaid in his deposition stated that severity ranking refers to injury potential." |
| 181 | 15 | Add after "correct." "Langmaid, Graco's own employee, has stated that severity ranking refers to injury." |

_____
RUSSELL DUNN, Ph.D.

_____
Notary Public
My Commission Expires: 3/6/2018

[Notary Seal: TANA K. HOFFMAN, STATE OF TENNESSEE NOTARY PUBLIC, WILLIAMSON COUNTY]

Litigation Services - 800-330-1112