# EXHIBIT D

Page 1

1                UNITED STATES DISTRICT COURT

                EASTERN DISTRICT OF MICHIGAN

2                      SOUTHERN DIVISION

3

4    JOSEPH JERMANO, et al.,

5           Plaintiffs,

6    vs.                                CASE NO.  13-10610

7    GRACO CHILDREN'S PRODUCTS, INC.,

8           Defendant.

9

10        VIDEOTAPED DEPOSITION OF MARK LAPLANTE

11            December 16, 2014 - 9:04 a.m.

12                   Schiff Hardin, LLP

13               1201 West Peachtree Street

14                       Suite 2300

15                   Atlanta, Georgia

16

17

18

19

20

21

22

23

24

25

Page 13

1  recognize those as three various designs that Graco
2  has used on the turbobooster, high back
3  turbobooster, over the years?
4      A.  Yes.
5      Q.  Was the specific design of any of those
6  belt guides mandated in any way by the Federal
7  government?
8      A.  Insofar as that we have to make sure that
9  the booster itself will still meet the government
10 regulations for the injury during a crash event.
11     Q.  Sure.  No, I understand that.  I'm not
12 talking about the general 213 requirements.  I'm
13 talking about the specific design of those parts.
14 Was the specific design of any of those three parts
15 mandated in any way by the government?
16     A.  No.
17     Q.  All right.  So those three parts reflect
18 design decisions made by Graco and its engineers?
19     A.  That's correct.
20     Q.  Now, sir, in February of 2013 your
21 lawyers, Mr. Krasovec's firm, filed a written
22 submission with a federal judge in this case in
23 which they represented that you have been involved
24 in the manual for the turbobooster.  Were you aware
25 of that?

Page 14

1      A.  So you're saying that I was involved with
2  like approving it or something like that?
3      Q.  Oh I don't know.  Graco's lawyers told us
4  and a judge that you had some involvement with it,
5  so I'm here to ask you what that involvement was?
6      A.  Probably -- okay, what year did you say it
7  was?
8      Q.  What year was what?
9      A.  That I had this involvement.
10     Q.  They said -- well let's just take a look
11 at it here.  I'll let you read it and maybe you can
12 interpret it for me.  I'll hand you what's been
13 marked as Exhibit 20.  And the reference to you,
14 sir, is in the very last paragraph on page three.
15 And we know that the original owners manual of
16 course was created back in the 2001-2002 timeframe
17 before you started with the company.
18     A.  That's right.  That's why I'm trying to be
19 careful about what I say, because I wasn't
20 originally there when they first started the first
21 manual.
22     Q.  Right.  In talking about the manual they
23 say, in the very second to last sentence they say,
24 current employees with involvement in the manual and
25 marketing materials are Mark LaPlante and Leigh Ann

Page 15

1  Shenk.  Mr. Gerhart, you know Steve Gerhart?
2      A.  Yes.
3      Q.  Mr. Gerhart's already been deposed, and he
4  told us a few weeks ago that he drafted the first
5  sort of iteration or version of the owners manual.
6  But what has been -- so now having looked at this
7  letter from Mr. Krasovec's partner, what, tell me
8  what your involvement has been in the manual.
9      A.  So like it says here, subsequent versions
10 were created in Graco Atlanta, Elverson and Exton
11 office, that's correct.  Leigh Ann would normally,
12 Leigh Ann Shenk would normally do the creation and I
13 would do the approvals of the manual, make sure all
14 the government necessary items are in there.  And so
15 there was other people involved in that, too, but
16 that's the type of thing that would happen.
17     Q.  And so that would be any manual that would
18 have accompanied the turbobooster after obviously
19 you started at Graco in 2004?
20     A.  Yes.
21     Q.  And you've personally reviewed and looked
22 through all the manuals that have accompanied the
23 turbobooster since you started?
24     A.  Yes.
25     Q.  Graco's told me in this case that the

Page 16

1  manual that would have come with -- strike that.
2  This case involves a car seat, a booster seat that
3  was manufactured in November of 2009.  All right?
4  And Graco has indicated to us in this case that the
5  manual that would have accompanied that seat was
6  manufactured or would have had a date on it of
7  October of 2007.  Okay?
8      A.  Okay.
9      Q.  I'm going to hand you what's been marked
10 as Exhibit No. 24.
11     A.  Okay.
12     Q.  And I'll ask you to just take a look at
13 that and tell me if you're familiar with it or not?
14     A.  Yes.
15     Q.  And your involvement in it would have been
16 to review it for accuracy, compliance of 213, things
17 of that nature?
18     A.  That's correct.
19     Q.  Now I'm going to show you another manual I
20 have and I'm just, we're just going to talk about
21 this for one second here.  This has been marked as
22 Exhibit No. 24C.  This is a manual for the
23 turbobooster that is dated February of 2012.  Do you
24 see that?
25     A.  Yes.

Page 17

1  Q. Would you have reviewed that manual as
2  well and your involvement been basically the same?
3  A. Yes.
4  Q. We're not going -- I just wanted to
5  identify that for the record.
6  A. Okay.
7  Q. Now I want you to keep this in front of
8  you here. When you would have reviewed the
9  October 2007 version of that manual, I take it you
10 would have been living up in Pennsylvania?
11 A. Yes.
12 Q. Is that, that's correct?
13 A. Yes.
14 Q. And did you do anything with the manual in
15 terms of its specific content? Did you draft the
16 actual sentences that were in there or the
17 illustrations or did you basically just review it
18 and essentially bless it on behalf of Graco's
19 compliance team?
20     MR. KRASOVEC: Object to the form of the
21 question.
22 BY MR. GENTILE:
23 Q. Let me reask the question. Did you have
24 any involvement in the creation of the illustrations
25 in the manual that's in front of you?

Page 18

1  A. No.
2  Q. Did you have any specific drafting
3  responsibility in terms of writing what's stated in
4  the manual?
5  A. No.
6  Q. But you would have reviewed the manual, as
7  you've already testified to I think, in terms of
8  its, from a compliance standpoint and insured that
9  everything in there, there was nothing misleading,
10 there was nothing that was false, everything
11 complied with whatever requirements applied to it?
12     MR. KRASOVEC: Object to the form of the
13 question.
14 BY MR. GENTILE:
15 Q. Is that correct, sir?
16 A. That's correct.
17 Q. And take a moment if you need to, sir, to
18 look at it. Is there any information in the 2007
19 edition of the turbobooster manual that is false or
20 misleading to consumers?
21     MR. KRASOVEC: Object to the form of the
22 question.
23 A. So normally I would have a checklist of
24 items that I would look for and a checklist is
25 basically comprised of a summary of 213. So I don't

Page 19

1  have that with me, but just looking at it quickly I
2  would say I don't see anything that looks like it is
3  false or misleading.
4  BY MR. GENTILE:
5  Q. Have you ever, to your knowledge, approved
6  a manual for production or to be distributed to
7  consumers with production seats that you knew had
8  false or misleading information in it?
9      MR. KRASOVEC: Object to the form of the
10 question.
11 A. No.
12 BY MR. GENTILE:
13 Q. Have you approved on product labeling that
14 contained information regarding the turbobooster
15 that was false or misleading?
16     MR. KRASOVEC: Same objection.
17 A. No.
18 BY MR. GENTILE:
19 Q. What is the purpose of that manual that
20 you're holding in your hand, sir?
21 A. To try to instruct the parents or the
22 caregivers as to how to install the seat and use it
23 with the child.
24 Q. Can we agree that it contains and conveys
25 important information to parents who buy the

Page 20

1  turbobooster?
2  A. Yes.
3  Q. Can we agree that the manual provides
4  accurate information to parents on how to properly
5  use the turbobooster?
6  A. Yes.
7  Q. Now I told you before I was low tech and I
8  meant it. I'm going to put up my trusty exhibit
9  holder here. We're not going to use that, actually
10 we're going to use something a little bit different.
11 Look at the cover of that -- and I'm going to put
12 the cover up here for the jury to read -- and can
13 you read for us, sir, what it says on the cover down
14 under Read This Manual.
15 A. Do not install or use this car seat until
16 you have read and understand the instructions in
17 this manual. Failure to properly use this car seat
18 increases the risk of serious injury or death in a
19 sudden stop or crash.
20 Q. Is that a true statement? In other words,
21 does the failure to use the turbobooster in
22 accordance with Graco's instructions increase the
23 risk of serious injury or death in a crash?
24 A. To my knowledge, that's a true statement.
25 Q. All right. Now turn, if you will, sir, to

Page 21

1  pages 26 through 29 in that manual. Are you there?
2     A.  I am.
3         MR. KRASOVEC: Can I -- I don't have a
4  copy.
5         MR. GENTILE: Oh, I'm sorry. Joe, we're
6  going to talk about those pages, 26 through 29.
7         MR. KRASOVEC: Okay.
8  BY MR. GENTILE:
9     Q.  All right. Mr. LaPlante, have you had an
10 opportunity to look at pages 26 through 29 of the
11 2007 version of the turbobooster's owners manual?
12    A.  Yes.
13    Q.  And what is the, what is this particular
14 section of the manual entitled?
15    A.  Securing your child in vehicle.
16    Q.  And this particular section is for the
17 high back version of the turbobooster; is that
18 correct?
19    A.  That's correct.
20    Q.  Is it Graco's expectation that parents
21 will read this section of the manual before they use
22 the high back turbobooster?
23    A.  Yes, it is.
24    Q.  Is it Graco's expectation that parents
25 will follow the instructions in this section of the

Page 22

1  manual when they secure a child in a vehicle using a
2  high back turbobooster?
3     A.  Yes.
4     Q.  Are the suggestions in this section of the
5  manual merely suggestions for parents to follow for
6  proper use or are they mandatory in Graco's view for
7  proper use?
8         MR. KRASOVEC: Object to the form of the
9  question.
10    A.  Mandatory.
11 BY MR. GENTILE:
12    Q.  Would it be fair to say that this section
13 of the manual is essentially a specific set of rules
14 for parents to follow without exception when
15 securing a child in a vehicle with a high back
16 turbobooster?
17    A.  Yes, I would say that's correct.
18    Q.  All right. I'm going to put up, you can
19 keep that in front of you but I'm going to put up
20 pages 26 and 27 for the jury to see and I have some
21 questions about this. Graco instructs parents --
22 first of all, obviously step one is to put the
23 booster seat firmly against the back of a forward
24 facing vehicle seat equipped with a lap shoulder
25 belt only; is that right?

Page 23

1     A.  Correct.
2     Q.  And then number two is you put your child
3  in the seat with their back flat against the booster
4  seat; is that right?
5     A.  That's correct.
6     Q.  Number three says in bold letters,
7  position shoulder belt through the shoulder belt
8  guide shown in No. 2, right?
9     A.  That's correct.
10    Q.  It says, not as shown in No. 3; is that
11 right?
12    A.  That's correct.
13    Q.  And that shoulder belt guide is the same,
14 that's at least one version of it are the parts that
15 are there on the table in front of you; is that
16 correct?
17    A.  That's correct.
18    Q.  And in fact, when it says not as shown in
19 No. 3, that's bold and in caps; is that right?
20    A.  That's correct.
21    Q.  And there's a big circle drawn through
22 that not drawing with a line through it and it shows
23 specifically that it's incorrect, even if the
24 shoulder belt is on the shoulder, it is incorrect to
25 not have the belt in the guide, true?

Page 24

1     A.  That's correct.
2     Q.  Now if you flip to page four -- I'm sorry,
3  page 28, step four -- step No. 4 says that the
4  correct use is not only in the guide but with the
5  shoulder belt on the shoulder of the child, and we
6  can see that in the depiction on that which is shown
7  in No. 5, right, there's a little red square that
8  shows where the shoulder belt is supposed to go?
9     A.  Correct.
10    Q.  That's correct? And again, of course the
11 shoulder belt is shown in the belt guide; is that
12 true?
13    A.  That's true.
14    Q.  And again, there are several drawings that
15 show incorrect ways to install a shoulder belt, a
16 child in the vehicle, and the lower right-hand
17 diagram on page 29 again shows the big circle with
18 the line through it, the belt is outside the guide,
19 although it's still on the shoulder it's outside the
20 guide and Graco's position is that is incorrect; is
21 this true?
22    A.  That's correct.
23    Q.  Now, sir, the manual that you're holding
24 there in front of you is roughly 40 pages long at
25 least, there's an English and Spanish version of it,

Page 25

1  the English version of it is roughly 40 pages long;
2  is that correct?
3      A. That's correct.
4      Q. Is there anything in that manual anywhere
5  where it tells, Graco tells parents that it is okay
6  for the shoulder belt to be outside of the shoulder
7  belt guide when using a high back booster seat?
8      MR. KRASOVEC: Object to the form of the
9  question.
10     A. Not that I know of.
11 BY MR. GENTILE:
12     Q. Is there anything in the 40 pages of the
13 manual that suggests or even hints that Graco
14 believes it is okay for the shoulder belt to be
15 outside the shoulder belt guide when using a high
16 back turbobooster?
17     MR. KRASOVEC: Object to the form of the
18 question.
19     A. I don't see anything that said that that
20 would be okay.
21 BY MR. GENTILE:
22     Q. So essentially the rule that Graco is
23 conveying to parents with these diagrams that we've
24 just gone over is that if you're going to use a high
25 back turbobooster, they must use the should belt

Page 26

1  guide and they must keep the shoulder belt in the
2  guide until the child is ready to get out of the car
3  after the trip is over, there's no exceptions to
4  that rule ever; is that true?
5      MR. KRASOVEC: Object to the form of the
6  question.
7      A. That's correct.
8  BY MR. GENTILE:
9      Q. Now let's talk about the shoulder belt
10 guide for just a minute. And I'll represent to you
11 that     Jermano's seat, the little girl whose case
12 we're here on today, involved this particular guide,
13 which in other depositions we've called the second
14 generation belt guide. Okay?
15     A. Okay. Second generation.
16     Q. It's the second generation and it's the
17 one that has the little -- I'll put it up this
18 way -- it's the one that has the little belt hook or
19 tab that we've talked about.
20     A. The L rib.
21     Q. The L rib. Okay. Do you know what type
22 plastic is specified in Graco's blueprint for that
23 part?
24     A. I believe its polypropylene but I don't
25 know for sure.

Page 27

1      Q. I'm going to hand you what's been marked
2  as Exhibit No. 27, which is a collection of
3  blueprints for the part. There were several, three
4  different versions of that. The part that's at
5  issue in this case is the second drawing in Exhibit
6  No. 27. Just satisfy yourself I'm correct about
7  that.
8      A. Wait a minute. Okay. So you're saying
9  hey, which one is this?
10     Q. Yeah. It should be the second, should be
11 that one.
12     A. That's correct.
13     Q. All right. Now can you tell by looking at
14 that blueprint, can you confirm what the type of
15 plastic is that that guide is made of?
16     A. There it is. CPP must meet Graco spec
17 PP03, polypropylene.
18     Q. So the PP stands for polypropylene?
19     A. Yes, I would believe so.
20     Q. As of January of 2005, sir, is it true
21 that you were personally involved in testing that
22 particular shoulder belt but that you were testing
23 guides made of an alternative plastic or resin and
24 that that testing was intended to find a way to keep
25 the shoulder belt from slipping out of the shoulder

Page 28

1  belt guide in tests?
2      A. Yes.
3      Q. And I'm going to hand you what's been
4  marked as Exhibit No. 50C, which I think you, I hope
5  you'll recognize it.
6      MR. KRASOVEC: Give me a second. Should
7  have this one.
8      MR. GENTILE: Yeah, we've used it.
9      MR. KRASOVEC: Okay.
10 BY MR. GENTILE:
11     Q. Sir, I've handed you what's been marked as
12 Exhibit No. 50C; is that right?
13     A. That's correct.
14     Q. And the top page of this particular
15 exhibit is what's known at Graco as a crash test
16 matrix and; is that right?
17     A. That's correct.
18     Q. And you are the requester of this matrix?
19     A. Yes, I am.
20     Q. It's dated January 17 of 2005?
21     A. That's correct.
22     Q. And the reason for the test is that the
23 turbobooster is being tested with Celcon, and that's
24 C-e-l-c-o-n, M90 for the belt guide material; is
25 that right?

7 (Pages 25 to 28)