UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH JERMANO, et al.,

       Plaintiffs,                    Case No. 13-cv-10610
                                                  Hon. Matthew F. Leitman

v.

GRACO CHILDREN'S PRODUCTS
INCORPORATED,

       Defendant.

---

## STIPULATED ORDER PERMITTING
## <u>HEIDI OERTLE TO WITHDRAW AS COUNSEL IN THIS MATTER</u>

      NOW COME the parties jointly, by and through their counsel, and file this Agreed Stipulation Permitting Heidi Oertle to Withdraw as Counsel in this Matter:

      1.     Ms. Oertle is leaving Schiff Hardin LLP and seeks to withdraw her appearance (Doc. #15) on behalf of Graco in this matter. There are several additional Schiff Hardin LLP attorneys who have entered their Appearance of Attorney on behalf of Graco who will continue to represent Graco in this matter.

      2.     Graco will not be prejudiced by the withdrawal of Heidi Oertle from this matter, and has consented to Ms. Oertle's withdrawal.

      3.     Plaintiffs have no objection to this motion.

WHEREFORE, the parties jointly request entry of an order permitting Heidi Oertle to withdraw ad counsel in this matter.

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: May 1, 2015

IT IS SO STIPULATED:

| Plaintiffs, | Defendant, |
|---|---|
| By:  /s/ R. Douglas Gentile (*with permission*) | By:  /s/ Heidi K. Oertle |
| DOUHIT, FRETS, ROUSE, GENTILE & RHODES, LLC<br>Raymond D. Gentile<br>5250 W. 116th Place, Suite 400<br>Leawood, KS 66211<br>913-387-1600<br>dgentile@dfglaw.com | SCHIFF HARDIN LLP<br>Joseph J. Krasovec (6201456)<br>Heidi K. Oertle (6275632)<br>233 South Wacker Drive<br>Suite 6600<br>Chicago, IL 60606<br>312-258-5500 (Phone)<br>312-258-5600 (Fax)<br>jkrasovec@schiffhardin.com (E-mail)<br>hoertle@schiffhardin.com (E-mail) |
| THOMAS, GARVEY & GARVEY<br>Robert F. Garvey (P24897)<br>24825 Little Mack Avenue<br>St. Clair Shores, MI 48080<br>586-779-7810<br>bobgarvey@me.com | SCHIFF HARDIN LLP<br>Gregory L. Curtner (P12414)<br>Jessica A. Sprovtsoff (P70218)<br>350 S. Main Street<br>Suite 210<br>Ann Arbor, MI 48104<br>734-222-1518 (Phone)<br>734-222-1501 (Fax)<br>gcurtner@schiffhardin.com (E-mail)<br>jsprovtsoff@schiffhardin.com (E-mail) |

CH2\16536220 1\04 29 15 10:25