UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH JERMANO, et al.,

    Plaintiffs,

v.

GRACO CHILDREN'S PRODUCTS INC.

    Defendant.

Case No. 13-cv-10610

Hon. Matthew F. Leitman

Magistrate Judge Mona K. Majzoub

## STIPULATED ORDER

This Matter is before the Court on a stipulated dismissal of certain of plaintiffs' claims. The Court hereby orders that:

1. The claims in Counts I, II and III (Dory Jermano) of "failure to adequately warn" are hereby dismissed pursuant to Fed.R.Civ.P. 41(a).

2. The claims in Counts I, II and III (Dory Jermano) of "manufacturing defect" are hereby dismissed pursuant to Fed.R.Civ.P. 41(a).

3. Count III of Plaintiffs' Complaint (which should actually be identified as Count IV), entitled "Dorothy Berge v. All Defendants, Negligent Infliction of Emotional Distress," is hereby dismissed pursuant to Fed.R.Civ.P. 41(a).

4. By entering into this Stipulated Order, Defendant does not waive any argument that Michigan law applies regardless of whether a claim for manufacturing defect exists in the case.

SIGNED this 26th day of May, 2015.

BY THE COURT:

_____
The Honorable Matthew F. Leitman

I hereby stipulate to entry above the above.

_____
R. Douglas Gentile (by JDR)
Douthit Frets Rouse Gentile & Rhodes, LLC
5250 W. 116th Place, Suite 400
Leawood, Kansas 66211
913-387-1600
dgentile@dfrglaw.com

_____
Robert F. Garvey (P24897) (by JDR)
Thomas, Garvey & Garvey
24825 Little Mack Avenue
St. Clair Shores, Michigan 48080
586-779-7810
Bob.garvey@me.com

Attorneys for Plaintiffs

_Joe Krasovec (by JAR, w/auth)_
Joseph J. Krasovec
Shiff Hardin LLP
233 W. Wacker Drive, Suite 6600
Chicago, Illinois 60606
312-258-5500
jkrasovec@schiffhardin.com

_Greg Curtner (by JDR w/auth)_
Gregory L. Curtner (P12414)
Schiff Hardin LLP
350 S. Main Street, Suite 210
Ann Arbor, Michigan 48104
gcurtner@schiffhardin.comn

Attorneys for Defendant