# Exhibit D

## Page 1

```
 1       UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF MICHIGAN
 2            SOUTHERN DIVISION
 3
 4   JOSEPH JERMANO, et al.,
 5        Plaintiffs,
 6   vs.                    CASE NO.  13-10610
 7   GRACO CHILDREN'S PRODUCTS, INC.,
 8        Defendant.
 9
10       VIDEOTAPED DEPOSITION OF MARK LAPLANTE
11           December 16, 2014 - 9:04 a.m.
12              Schiff Hardin, LLP
13           1201 West Peachtree Street
14                 Suite 2300
15               Atlanta, Georgia
```

## Page 2

```
 1            INDEX TO EXHIBITS
 2
 3            (None marked.)
 4
 5
 6
 7
 8          INDEX TO EXAMINATION
 9   MARK LAPLANTE                       PAGE
10   Examination by Mr. Gentile          4, 96
11   Examination by Mr. Krasovec         72, 101
```

## Page 3

```
 1   APPEARANCES OF COUNSEL:
 2
     On behalf of the Plaintiffs:
 3        R. DOUGLAS GENTILE
          Attorney at Law
 4        Douthit Frets Rouse Gentile & Rhodes, LLC
          5250 W. 116th Place
 5        Suite 400
          Leawood, Kansas  66221
 6        (816) 941-7699
 7
     On behalf of the Defendant:
 8        JOSEPH J. KRASOVEC III
          Attorney at Law
 9        Schiff Hardin, LLP
          233 South Wacker Drive
10        Suite 6600
          Chicago, Illinois  60606
11        (312) 258-5500
12
13   Also Present:  Alex Galvan
14              - - -
          Allison H. Wilcox, RPR, CCR-2569
15        David Castle, Legal Video Specialist
```

## Page 4

```
 1            (Video camera on.)
 2            THE VIDEOGRAPHER:  We are on the record.
 3   Today's date is December 16, 2014.  The time is
 4   approximately 9:04 a.m.  This will be the videotaped
 5   deposition of Mark LaPlante taken in the matter of
 6   Jermano versus Graco, Case No. 13-10610 in the
 7   Eastern District of Michigan.  This deposition is
 8   being taken at 1201 West Peachtree Street,
 9   Suite 2300, Atlanta, Georgia.  The reporter's name
10   is Allison Wilcox.  My name is David Castle, I'm the
11   legal videographer.  We are with Midwest Litigation
12   Services.
13            Will counsel please introduce themselves
14   for the record.
15            MR. GENTILE:  Doug Gentile for the
16   plaintiffs.
17            MR. KRASOVEC:  Joe Krasovec for defendant
18   Graco Children's Products.
19            THE VIDEOGRAPHER:  Will the court reporter
20   please swear in the witness.
21            MARK LAPLANTE,
22   being first duly sworn, testified as follows:
23            EXAMINATION
24   BY MR. GENTILE:
25       Q.  Good morning, sir.
```

1 (Pages 1 to 4)

Page 73

1  It's something that you were asked about earlier in
2  your testimony.
3    A.  Yes.
4    Q.  In the comments section there's a notation
5  that this is an R44 pulse.  Do you see that?
6    A.  Yes, I see it now.
7    Q.  What does R44 refer to?
8    A.  That's the standard in Europe for car
9  seats, children's car seats.
10    Q.  And so let me make sure I understand
11  something.  You indicated earlier in your testimony
12  that you primarily dealt with compliance testing in
13  United States and Canada.  How is it that you know
14  about R44?
15    A.  So that's -- the U.S. and Canada is what I
16  handle currently.  The task has become so large to
17  handle Europe and Asia and all that, that was broken
18  off, the part of doing R44 was broken off to other
19  people.  So when I first started at the company my
20  task was to do U.S. and Canada and Europe, so I know
21  about R44 from that.
22    Q.  And just tell the jury what R44 is.
23    A.  So it's a set of test specifications for
24  the testing and the design of children's car seats
25  for Europe.

Page 74

1    Q.  So is R44 essentially European's version
2  of what you were asked about FMVSS 213?
3    A.  Exactly, yes.
4    Q.  And with respect to -- I'll zero in just
5  on the belt guides that we've been talking about
6  today -- with respect to the belt guide, is there a
7  difference in the requirement under R44 that's in
8  Europe and what's required in the FMVSS 213?
9    A.  Yes.
10    Q.  Would you please explain that.
11    A.  So 213 doesn't say that there's any
12  requirement to stay in the belt guide at all,
13  whereas R44 does.
14    Q.  Let me make sure, clarify.  When you
15  said -- are we talking about the shoulder belt?
16    A.  The shoulder belt, yes.
17    Q.  So 213 does not have a requirement that
18  the shoulder belt stay in the belt guide during the
19  test?
20    A.  That's correct.
21    Q.  And what about R44?
22    A.  And R44 does say that it should stay in
23  that belt guide and, but the belt can come down and,
24  as long as it doesn't pass the elbow, still stay
25  that guide during the crash, that as long as it

Page 75

1  doesn't pass the elbow then it passes.  So if it
2  comes out of the guide, that would be a failure.  If
3  it comes past the elbow, that would be a failure.
4    Q.  Okay.  If it stays, comes off the shoulder
5  but stays above the elbow, that's not considered a
6  failure under R44.  Is that what you're saying?
7    A.  Say that again.
8    Q.  If it stays above the elbow, the shoulder
9  belt --
10    A.  Yes.
11    Q.  -- and but comes out of the guide, that is
12  not a failure?
13    A.  In R44 that would be a failure because it
14  came out of the guide.
15    Q.  Oh I'm sorry.  If it stays in the guide
16  but comes off of the shoulder, stays above the
17  elbow, that would pass R44?
18    A.  Correct.
19    Q.  In Exhibit 50C it indicates that this test
20  was run at clip on.
21    A.  Yes.
22    Q.  What is clip on?
23    A.  That is the crash lab, it's a third-party
24  lab operated over in Finland by Bror Martin,
25  B-r-o-r, M-a-r-t-i-n.  Bror is the guy that ran the

Page 76

1  tests and developed the lab for seats made in
2  Finland.  And our seats, we would have him
3  contracted out to run tests.
4      It's a deceleration sled.  It's very
5  different than the 213 sled in that there are -- the
6  way that you get the energy is with these giant
7  rubber bands.  They then shoot the sled at a barrier
8  and then it decelerates by having steel tubes enter
9  into rubber mounted orifices that have to expand
10  when that steel goes into those tubes.  And the
11  rubber is kind of like the same material as roller
12  skate wheels, so it kind of wears away, you have to
13  change those tubes every once in a while.
14    Q.  Okay.  You mentioned in your previous
15  answer, you said I think something to the effect of
16  seats made in Finland.  Are you're talking about
17  seats made for the European market?
18    A.  Yes.
19    Q.  Okay.  Just wanted to clarify that.
20      And in this test there's, the dummy used
21  is indicated as a P10 dummy that's weighted.  What
22  does that mean?
23    A.  So I don't remember exactly at the time,
24  but I believe that the P10, that's a type of dummy.
25  The European dummies are different than the U.S.