UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JOSEPH JERMANO, et al.,

                Plaintiff(s),

v.                                     Case No. 2:13–cv–10610–MFL–MKM
                                           Hon. Matthew F. Leitman

Graco Children's Products,
Incorporated,

                Defendant(s),

## NOTICE OF TELEPHONIC CONFERENCE

PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Matthew F. Leitman as follows:

- STATUS CONFERENCE: September 23, 2015 at 02:30 PM

The conference shall be initiated by .

If possible, please refrain from the use of cell phones. If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

**ADDITIONAL INFORMATION:** Please use the following call–in information: Call–In #: 215.446.3649; Access Code: 8390969

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                         By: s/H Monda
                                                            Case Manager

Dated: July 23, 2015