UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Joseph Jermano,

    Plaintiff,

v.

Graco Children's Products, Inc.,

    Defendant.
_____/

Case Number: 13-10610

District Judge Matthew F. Leitman

Magistrate Judge Mona K. Majzoub

### NOTICE AND ORDER TO APPEAR FOR SETTLEMENT CONFERENCE

You are hereby notified to appear before the Honorable Mona K. Majzoub, United States Magistrate Judge for the above proceeding on:

| DATE | TIME | ROOM |
|---|---|---|
| December 17, 2015 | At 9:30 am | Theodore Levin U.S. Courthouse<br>231 W. Lafayette, Room 642<br>Detroit, Michigan 48226 |

*Each party and each party's trial counsel is ordered to be personally present at the settlement conference. Each party's representative with <u>ultimate</u> settlement authority is also ordered to attend. Any party and/or any party's representative with ultimate settlement authority who fails to attend in person will be held in <u>contempt</u> of this court.

**Each Party to submit concise written statement (not to exceed 3 pages) of the 1.) Disputed facts, 2.) Undisputed facts and 3.) Legal issues (citing the supporting legal authority of each issue) to be considered for purposes of settlement.

***Submit via email or fax (email address and fax number listed below) to Chambers Room 651 by noon, December 10, 2015.*

Dated: October 27, 2015

        s/ Mona K. Majzoub
        UNITED STATES MAGISTRATE JUDGE

### PROOF OF SERVICE

I hereby certify that a copy of this Notice was served upon Counsel of Record on this date.

        s/ Lisa C. Bartlett
        Case Manager
        Lisa_Bartlett@mied.uscourts.gov
        313-234-5206 Desk,  313-234-5495 (Fax)