UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH JERMANO et al.,

    Plaintiff,

Case No. 13-cv-10610
Hon. Matthew F. Leitman

v.

GRACO CHILDREN'S
PRODUCTS, INC.,

    Defendant.

_____/

### ORDER GRANTING PLAINTIFF'S COUNSEL'S MOTION FOR A PARTIAL DISTRIBUTION OF ATTORNEY FEES (ECF #95)

On June 30, 2016, the law firms of Douthit Frets Rouse Gentile & Rhodes, LLC ("Gentile") and Thomas, Garvey, & Garvey ("Garvey") filed a motion seeking permission to disperse fifty-percent of the attorney fee at dispute in this case (the "Motion"). (*See* ECF #95.) The Court held a hearing on the Motion on August 10, 2016, and it **GRANTS** the Motion as set forth below.

For the reasons stated on the record at the hearing, and based on the representations made during the hearing by referring attorney Julie Druzinski ("Druzinski"), the Court is satisfied that Garvey may disperse fifty-percent of the attorney fee at dispute in this case that he is currently holding in his client-trust account. He may disperse these funds to himself, Gentile, and Druzinski in a proportion that he, Gentile, and Druzinski may agree upon. Nothing in this Order

1

shall be considered a waiver of (1) any position that the Goodman Kalahar law firm may have with respect to the remaining fifty-percent of the attorney fee at issue in this action or (2) any argument that the Goodman Kalahar firm may make with respect to the relative value each attorney brought to this case.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: August 10, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 10, 2016, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113