UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH JERMANO et al.,

    Plaintiff,

v.

Case No. 13-cv-10610
Hon. Matthew F. Leitman

GRACO CHILDREN'S
PRODUCTS, INC.,

    Defendant.
_____/

## ORDER ON MOTION BY PLAINTIFFS' PRIOR COUNSEL FOR DETERMINATION OF ATTORNEY FEE (ECF #76)

On March 28, 2016, the law firm of Goodman Kalahar, P.C. (the "Goodman Kalahar Firm") filed a motion requesting that the Court determine the portion of the attorney fee in this action that it is entitled to receive (the "Motion"). (*See* ECF #76.) The Court held a hearing on the Motion on June 17, 2016, and continued the hearing on September 21, 2016, January 10, 2017, and January 20, 2017. (*See* Dkt.)

As the Court stated on the record during the January 20, 2017, hearing, the Court rules that the Goodman Kalahar Firm is entitled to receive an attorney fee of $130,000.00. This fee shall be paid from the trust account of Thomas, Garvey &

1

Garvey to the Goodman Kalahar Firm within seven (7) days of the date of this Order.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: January 24, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 24, 2017, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113